

lherasantosinf

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 1 6 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00080 |
| Plaintiff, | **INFORMATION** |
| vs. | FORGERY |
| THERA L. SANTOS, | [9 GCA § 46.10, 18 USC § 7 (3) and 13] |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about June 20, 2007, in the District of Guam, the defendant, THERA L. SANTOS, at Andersen Air Force Base, on land acquired for the use of the United States and under the jurisdiction thereof, did falsely alter a written instrument, said instrument being a Department of Defense identification card, by change, without authorization by anyone entitled to grant it, of a written instrument, whether complete or incomplete, by means of erasure, obliteration, deletion, insertion of new matter, transposition of matter, or in any other manner, so that the instrument so altered appears or purports to be in all respects an authentic creation of its ostensible maker, in

//

//

violation of 9 Guam Code Annotated, Section 46.10 (as enacted in 2000, Public Law 25-101:3), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 10th day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney