

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG 1 6 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00080 |
| Plaintiff, | |
| vs. | **UNITED STATES' REQUEST FOR ISSUANCE OF SUMMONS** |
| THERA L. SANTOS, | |
| Defendant. | |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, THERA L. SANTOS, based on an Information filed charging the defendant with one count of forgery in violation of 9 Guam Code Annotated, Section 46.10 (as enacted in 2000, Public Law 25-101:3), and Title 18, United States Code, Sections 7(3) and 13.

Respectfully submitted this 10th day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Kristin D. St. Peter
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney