# UNITED STATES DISTRICT COURT

DISTRICT OF

**FILED**
DISTRICT COURT OF GUAM
AUG 20 2007
GUAM
JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA
V.

**THERA L. SANTOS**

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-07-00080-001

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 3rd FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | COURTROOM |
| | Date and Time |
| Before: HONORABLE JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge | Thursday, August 23, 2007 at 9:45 a.m. |

To answer a(n)
☐ Indictment  X Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Pretrial Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Forgery [9 GCA § 46.10, 18 U.S.C. § 7(3) and 13]

**RECEIVED**
AUG 1 2007
US MARSHALS SERVICE-GUAM

LEILANI R. TOVES HERNANDEZ, Deputy Clerk
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

August 16, 2007
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 8/20/2007 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: USMS Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  8/20/07  
          Date

J. Salas  
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.