LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00080 |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | **Re Motion to Vacate Trial** |
| | ) | |
| THERA L. SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion by the Government indicating that the Defendant will undergo a pretrial diversion program,

**IT IS SO ORDERED** that the trial currently scheduled for October 17, 2007, is hereby vacated.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Oct 15, 2007