# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00080 |
| Plaintiff, | ) | |
| vs. | ) | |
| THERA L. SANTOS, | ) | ORDER |
| Defendant. | ) | |

On October 10, 2007, the United States filed a motion to vacate the trial date because the Defendant had entered a pretrial diversion program beginning October 1, 2007, for an 18-month period. See Docket No. 11. On October 15, 2007, the court granted the motion. See Docket No. 12.

In light of the above facts, the court dismisses the Information without prejudice for a period of 18 months. Such dismissal shall be effective *nunc pro tunc* to October 1, 2007. If the charge is not reinstated by motion of the United States within 18 months therefrom, this case shall be dismissed with prejudice without further order of the court.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Nov 20, 2007**